**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

**VS.** **CRIMINAL ACTION NO. 3:06CR110-P-A**

**LUIS GILBERTO ESTRADA-JASSO,** **DEFENDANT.**

<u>**ORDER CONTINUING TRIAL**</u>

This matter comes before the court upon Defendant's Motion for Continuance and Extension of Pre-Trial Deadlines [11-1]. After due consideration of the motion, the court finds as follows, to-wit:

Trial of this matter is currently set for November 13, 2006. Defense counsel avers that she needs additional time in which to complete discovery, investigation of potential witnesses and defenses, and plea negotiations.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from November 13, 2006 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for her client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Continuance [11-1] is hereby **GRANTED**;

(2) Trial of this matter is continued until Monday, December 11, 2006 at 9:00 a.m. in the

United States Courthouse in Greenville, Mississippi;

(3) The delay from November 13, 2006 to December 11, 2006 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is November 20, 2006; and

(5) The deadline for submitting a plea agreement is November 27, 2006.

**SO ORDERED** this the 1st day of November, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE